BENJAMIN B. WAGNER
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 "I" Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for Respondent

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR ROWE, | CASE NO. 1:13-CV-00219-GSA (HC) |
| Petitioner, | |
| v. | APPLICATION AND [~~PROPOSED~~] ORDER TO SEAL PSR |
| PAUL COPENHAVER, Warden, | |
| Respondent. | |

TO THE HONORABLE GARY S. AUSTIN, UNITED STATES MAGISTRATE JUDGE:

JUSTIN L. LEE, Assistant United States Attorney for the Eastern District of California, applies to this Court and respectfully represents as follows:

1.   I have presented to this Court the Respondents Motion to Dismiss, along with the germane exhibits.

2.   Today I submitted to the Court directly, via electronic mailing, a copy of the Petitioner's Presentence Investigation Report (PSR), as Attachment 6 to the Declaration of Forest Kelly in support of Respondent's Motion to Dismiss Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241.

3. The PSR should be filed under seal, under the rules of this Court.

THEREFORE, the undersigned requests that the exhibit attached to the Respondent's Motion to Dismiss Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 be sealed pursuant to Rule 460(a) of the Local Rules.

DATED: August 12, 2013                    BENJAMIN B. WAGNER
                                          United States Attorney


                                   By:    /s/  Justin L. Lee
                                          JUSTIN L. LEE
                                          Assistant U.S. Attorney


**O R D E R**

The Court hereby orders that Petitioner's PSR, filed as Attachment 6 to the Declaration of Forest Kelly in support of Respondent's Motion to Dismiss Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241, in the above-referenced case, shall be sealed until further order of the Court.

IT IS SO ORDERED.

   Dated:   **August 13, 2013**                    **/s/ Gary S. Austin**
                                          UNITED STATES MAGISTRATE JUDGE